**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALEX CICCOTELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-03463 |
| v. | ) | |
| | ) | |
| AERPIO PHARMACEUTICALS, INC., | ) | |
| STEVE PRELACK, ANUPAM DALAL, | ) | |
| CALEY CASTELEIN, CHERYL COHEN, | ) | |
| JOSEPH GARDNER, and PRAVIN DUGEL, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated:  September 14, 2021

**GRABAR LAW OFFICE**

By: _Joshua H. Grabar_

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*